IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. 1:00CV277 |
| | ) | (Financial Litigation Unit) |
| KERMIT FLOYD ELLER, | ) | |
|     Defendant. | ) | |
| and | ) | |
| | ) | |
| GRANDFATHER MOUNTAIN, INC., | ) | |
|     Garnishee. | ) | |

## DISMISSAL OF ORDER OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment filed in this case against the defendant Kermit Floyd Eller is DISMISSED.

Signed: January 17, 2007

Lacy H. Thornburg
United States District Judge